# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
AMERICAN FAMILY LIFE
INSURANCE COMPANY,
and AMERICAN STANDARD
INSURANCE COMPANY,
Wisconsin corporations,

        Plaintiffs,

v.                                                    **ORDER**
                                                      Civil File No. 12-53 (MJD/SER)

STEVEN G. GRAHAM,
a Minnesota resident, and
STEVEN GRAHAM AGENCY, INC.
a Minnesota corporation,

        Defendants and Counterclaimants.

Martin S. Chester, Justin P. Krypel, and Colton D. Long, Faegre Baker Daniels LLP, Counsel for Plaintiffs.

Geoffrey P. Jarpe, Maslon Edelman Borman & Brand LLP, Counsel for Defendants and Counterclaimants.

    This matter is before the Court on the parties' motions in limine.

    In accordance with the Court's oral rulings, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion in Limine to Prevent Donald Gorowsky from Testifying Outside the Scope of His Report [Docket No. 74] is **DISMISSED AS MOOT** because Defendants do not intend to offer Gorowsky's testimony beyond the scope of his report.

2. Plaintiffs' Motion in Limine to Preclude Defendants from Contesting the Enforceability of American Family's Agreement with Steven Graham [Docket No. 77] is **DENIED**.

3. Plaintiffs' Motion in Limine to Preclude Defendants from Referencing Dismissed Claims [Docket No. 80] is **DISMISSED AS MOOT** because Defendants do not intend to reference any dismissed claims.

4. Defendants' and Counterclaimants' Motion in Limine to Exclude All Evidence and References to Defendants' American Family Client Files [Docket No. 82] is **DENIED**.

5. Plaintiffs' oral motion made in open court on October 4, 2013 to preclude Defendants from referencing the case of Nelson v. American Family Mutual Insurance Company, No. 13-cv-607 (DMN/SER), currently pending before the Court is **DISMISSED AS MOOT** because Defendants do not intend to reference the aforementioned case.

Dated:  October 4, 2013         s/ Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                United States District Court