UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
AMERICAN FAMILY LIFE
INSURANCE COMPANY,
and AMERICAN STANDARD
INSURANCE COMPANY,
Wisconsin corporations,

        Plaintiffs,

v.                          **ORDER**
                            Civil File No. 12-53 (MJD/SER)

STEVEN G. GRAHAM,
a Minnesota resident, and
STEVEN GRAHAM AGENCY, INC.
a Minnesota corporation,

        Defendants and Counterclaimants.

Martin S. Chester, Justin P. Krypel, and Colton D. Long, Faegre Baker Daniels LLP, Counsel for Plaintiffs.

Geoffrey P. Jarpe, Maslon Edelman Borman & Brand LLP, Counsel for Defendants and Counterclaimants.

On October 10, 2013, the parties raised the issue of whether the liquidated damages provision involved in this litigation is enforceable. Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court will hold a hearing on the limited issue of enforceability of the liquidated damages provision after Plaintiffs have called their last witness, but before Plaintiffs rest.

2. The Court will decide the issue of enforceability after considering evidence presented at the hearing and will issue a ruling forthwith.

Dated: October 15, 2013         s/ Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                United States District Court