# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
AMERICAN FAMILY LIFE
INSURANCE COMPANY,
and AMERICAN STANDARD
INSURANCE COMPANY,
Wisconsin corporations,

            Plaintiffs,


v.

**AMENDED JUDGMENT IN A CIVIL
CASE**
Civil File No. 12-53 (MJD/SER)

STEVEN G. GRAHAM,
a Minnesota resident, and
STEVEN GRAHAM AGENCY, INC.,
a Minnesota corporation,

            Defendants and Counterclaimants.

This action came before the Court for a trial by jury.  The issues have been

tried and the jury has rendered its verdict.


**IT IS ORDERED AND ADJUDGED THAT:**

1.    As to Count One (Breach of Contract) of the Complaint [Docket No. 1], Judgment is entered in favor of Plaintiffs American Family Mutual Insurance Company, American Family Life Insurance Company, and American Standard Insurance Company of Wisconsin (together, "American Family") and against Defendants Steven G. Graham and the Steven Graham Agency, Inc. (together, "Graham"), jointly and severally, for $614,631.61, an amount which includes $538,789.28 in Extended Earnings payments and $75,842.33 in prejudgment interest.

2.    Plaintiffs' request for declaratory judgment is **GRANTED**.  The Court declares that:

    a.  The American Family Corporate Agent Agreement between American Family and Graham, which is Exhibit A to the Complaint (the "Agreement"),  is valid and enforceable pursuant to its terms;

    b.  Graham breached Section 6(k) of the Agreement by either inducing or attempting to induce policyholders of American Family credited to Graham's account at the time of termination to

lapse, cancel, replace, or surrender insurance policies in force

with American Family;

c.  As provided in Section 6(u) of the Agreement, Graham must

forfeit all Extended Earnings that have been paid to Graham; and

d.  As provided in Section 6(u) of the Agreement, American Family

has no obligation to continue paying Extended Earnings to

Graham.

3.  As to Count I (Breach of Contract) of Graham's Amended

Counterclaims [Docket No. 25], Judgment is entered in favor of

American Family and against Graham.

4.  As to Graham's claim for Breach of the Duty of Good Faith, Judgment is

entered in favor of American Family and against Graham.

5.  Judgment is entered in favor of American Family and against Graham

in the amount of costs as taxed by the Clerk of Court.


Dated:   April 22, 2014                    s/ Michael J. Davis
                                           Michael J. Davis
                                           Chief Judge
                                           United States District Court